IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Elisa Gay Landenberger,

Plaintiff,

vs.

Case No. 2:12–cv–91

Commissioner of Social Security,

Judge Watson
Magistrate Judge Kemp

Defendant.

## ORDER

On December 10, 2012, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded to the Commissioner of Social Security for further consideration of the treating physicians' opinions and review of the complete record. *Report and Recommendation*, ECF No. 20. Although the parties were advised of their right to object to the recommendation within fourteen days and of the consequences of their failure to do so, there has nevertheless been no objection.

The *Report and Recommendation*, ECF No. 20, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **REVERSED** and the action is **REMANDED** to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g), for further consideration of the treating physicians' opinions and review of the complete record.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence

4 of 42 U.S.C. § 405(g).

    **IT IS SO ORDERED.**

_Michael H. Watson_
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**